IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GABE KAIMOWITZ,

    Plaintiff,
v.                                                                                    CASE NO. 1:06-cv-00249-MP-AK

EIGHTH JUDICIAL CIRCUIT,
EIGHTH JUDICIAL CIRCUIT BAR ASSOCIATION,

    Defendants.
_____/

## **O R D E R**

This matter is before the Court on Doc. 21, Motion to Set Aside Order, filed by Plaintiff Kaimowitz. In his motion, Plaintiff, pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure, moves for the Court to reconsider its order in Doc. 20, denying Plaintiff's Motion to Set Aside Orders. Plaintiff contends that the Court's prior order is in error because it assumed, when Plaintiff failed to cite or argue which subsection of Rule 60(b) he sought relief under, that Plaintiff sought relief from the Court's orders in Docs. 13 and 14 pursuant to Rule 60(b)(6). Now, Plaintiff argues that he seeks relief under Rule 60(b)(1). Rule 60(b)(1) provides that "the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for . . . mistake, inadvertence, surprise, or excusable neglect." Fed. R. Civ. P. 60(b)(1).

In reviewing Plaintiff's motion, the Court can find no mistake, inadvertence, surprise, or neglect. The challenged Magistrate's order simply required Plaintiff to file an amended complaint on the proper form, as well as file the motion and affidavit for leave to proceed *in forma pauperis*, on or before January 12, 2007. It is the Magistrate's duty to ensure that *pro se*

plaintiffs bringing actions under 42 U.S.C. §1983 and seeking to proceed *in forma pauperis* follow the procedures required by the Local Rules.  Further, the additional arguments as to alleged judicial bias are insufficient as a basis for disqualification.  Therefore, Plaintiff's Motion to Set Aside Order, Doc. 21, is denied.

**DONE AND ORDERED** this   *6th* day of March, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge