IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GABE KAIMOWITZ,

      Plaintiff,

v.                                         CASE NO. 1:06-cv-00249-MP-AK

EIGHTH JUDICIAL CIRCUIT BAR ASSOCIATION,
(EJCBA), AND THE EIGHTH JUDICIAL CIRCUIT,
*By and Through its Chief Judge, Frederick D. Smith*,

      Defendants.

_____/

## O R D E R

      This matter is before the Court on Doc. 42, Report and Recommendation of the

Magistrate Judge, which recommends that Plaintiff's Motion for Preliminary Injunction, Doc.

15, be denied.  The Magistrate Judge filed the Report and Recommendation on Thursday, April

19, 2007.  The parties have been furnished a copy of the Report and have been afforded an

opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this

Court must make a *de novo* review of those portions to which an objection has been made.

      In his Motion for Preliminary Injunction, Plaintiff seeks for Defendant Eighth Judicial

Circuit to be enjoined from enforcing its order disqualifying Plaintiff from appearing in small

claims court *pro se*, and for the Court to order an evidentiary hearing be held in the Eighth

Judicial Circuit on this state-court order, presided over by a judge outside the Third or Eighth

Judicial Circuit.  Because Plaintiff has not demonstrated a substantial likelihood of success on

the merits, the Magistrate recommends that Plaintiff's motion be dismissed.  In his objections,

Doc. 44, Plaintiff argues that an evidentiary hearing on his motion for preliminary relief should

be conducted prior to the Court ruling on the Magistrate's Report.  Since there are no

adjudicative facts in dispute, the Court believes that no evidentiary hearing is required.  <u>See, e.g.</u>

<u>Connecticut Dept. of Public Safety v. Doe</u>, 538 U.S. 1, 123 S. Ct. 1160, 155 L. Ed. 2d 98 (2003).

In the alternative, Plaintiff requests the Court to rule on his Motion for Preliminary Injunction so

that he may seek an interlocutory appeal.  The Court will do so.  Plaintiff's motion is denied.

Therefore, having considered the Report and Recommendation and the objections

thereto, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Plaintiff's Motion for Preliminary Injunction, Doc. 15, is denied.

**DONE AND ORDERED** this   *15th* day of May, 2007

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge