IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**GABE KAIMOWITZ,**

    Plaintiff,

vs.                                      CASE NO. 1:06CV249-MP/AK

**EIGHTH JUDICIAL CIRCUIT
BAR ASSOCIATION, et al,**

    Defendants.

_____/

## ORDER OF DISMISSAL

Plaintiff has filed a Notice of Voluntary Dismissal (doc. 98) and Motion for Voluntary Dismissal. (Doc. 100). The Court understands that Plaintiff wants to appeal his claims against Defendant Eighth Judicial Circuit Bar Association. By Order dated March 14, 2008, the motion to dismiss filed by Eighth Judicial Circuit Bar Association was granted, and Plaintiff's claims against that defendant were dismissed. (Doc. 93). The only remaining defendant is the Eighth Judicial Circuit, which has filed a motion for summary judgment. Plaintiff seeks to dismiss "all Defendants other than the Eighth Judicial Circuit Bar Association," which as stated has already been dismissed. Thus, the Court construes the notice and motion as dismissing the only remaining Defendant, Eighth Judicial Circuit, and this cause is **DISMISSED** pursuant to Rule 41(a), Federal Rules of Civil Procedure.

**DONE AND ORDERED** this  **14**th  day of April, 2008.

                                                _s/ A. KORNBLUM_
                                                **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**